IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2009 NOV 20 PM 2:27

STEVEN L. LYNCH )
)
1000 N.E. BARNES DR. )
)
LEE'S SUMMIT MO 64086 )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
KANSAS CITY TERMINAL RAILWAY CO ) Case Number: 09-CV-2595 JWL/DJW
Name ) (To be assigned by Clerk)
)
4501 KANSAS AVE. )
Street and number )
)
KANSAS CITY, KS 66106 )
City    State    Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   \_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   \_\_\_\_ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ✓ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Other (Describe)

_____

_____

2. ~~If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information~~:
   N/A
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
   JULY – NOV 2007

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   ✓ Yes    Date filed: APPROX FEB 2008, BUT I AM NOT
   ___ No                 ASSERTING A CLAIM UNDER THE KANSAS LAW

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓ Yes    Date filed: JAN 09, 2008
   ___ No

6. Have you received a Notice of Right-to-Sue Letter?
   ✓ Yes ___ No
   If yes, please attach a copy of the letter to this complaint. ATTACHED

7. ~~If you are claiming *age discrimination*, check one of the following~~: N/A
   ___ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ___ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - ✓ failure to hire me (REHIRE)
   - ✓ termination of my employment
   - ___ failure to promote me
   - ___ failure to accommodate my disability
   - ✓ terms and conditions of my employment differ from those of similar employees
   - ___ retaliation
   - ___ harassment
   - ___ reduction in wages
   - ✓ other conduct (specify): SEE ATTACHED CHARGE OF DISCRIMINATION

   Did you complain about this same conduct in your charge of discrimination?
   ✓ Yes    ___ No

9. I believe that I was discriminated against because of (check all that apply):
   - ___ my race or color, which is _____
   - ___ my religion, which is _____
   - ___ my national origin, which is _____
   - ___ my gender, which is ___ male; ___ female
   - ✓ my ~~disability or~~ (perceived disability) which is LOWER BACK INJURY - DEGENERATIVE DISC DISEASE
   - ___ my age (my birth date is: _____)
   - ✓ other: SEE ATTACHED CHARGE OF DISCRIMINATION

   Did you state the same reason(s) in your charge of discrimination?
   ✓ Yes    ___ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    I WAS ON OCCUPATIONAL DISABILITY AND TOOK A MEDICAL LEAVE OF ABSENCE BEGINNING IN FEBRUARY 2004. I HAD DEGENERATIVE DISC DISEASE AND HAD SURGERY TWICE. MY PRESCRIPTION MEDICATION DOSEAGE WAS INCREASED MAKING IT DIFFICULT TO WORK SAFELY AS A RAILROAD DISPATCHER. AFTER MY DOSEAGE WAS DECREASED AND MY CONDITION IMPROVED, I ASKED TO RETURN TO WORK. KCTRC IMPOSED NEW TESTING REQUIREMENTS ON ME AND TERMINATED ME AFTER I ALLEGEDLY DID NOT MEET THOSE REQUIREMENTS. THE KCTRC PRESIDENT SAID HE WAS NOT GOING TO LET SOMEONE WITH A DISABILITY FOR 3 YEARS COME BACK AND 3 DISRUPT EVERY OTHER EMPLOYEES' LIFE, PROVING THAT I WAS PERCEIVED AS BEING DISABLED

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ✓ are still being committed by Defendant. (STILL TERMINATED, SEEKING REHIRE)
    ___ are no longer being committed by Defendant.
    ___ may still be being committed by Defendant.

12. Plaintiff:
    ___ still works for Defendant
    ✓ no longer works for Defendant or was not re-hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ___ Yes   ✓ No
    Explain: N/A

# REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

___ Defendant be directed to employ Plaintiff
✓ Defendant be directed to re-employ Plaintiff
___ Defendant be directed to promote Plaintiff
___ Defendant be directed to _____
✓ Injunctive relief (please explain): DISCONTINUE DISCRIMINATION AND TESTING
✓ Monetary damages (please explain): BACK PAY, BENEFITS, COMPENSATION FOR EMOTIONAL DISTRESS $1 MILLION
✓ Costs and fees involved in litigating this case
✓ As additional relief to make Plaintiff whole, Plaintiff seeks: PERMITTED TO RETAKE TEST WITH KNOWN APPROVED (BY UNION) REQUIREMENTS IN WRITING
and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 19 day of November, 20 09.

_____
Signature of Plaintiff
STEVEN L. LYNCH
Name (Print or Type)
1000 N.E. BARNES DR.
Address
LEE'S SUMMIT MO 64086
City State Zip Code
816-525-9391
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, ☒Kansas City or Topeka ), Kansas as the location for the trial in this matter. (check one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☒yes ☐no .
(check one)

_____
Signature of Plaintiff

Dated: 11-19-09

(Rev. 8/07)

EEOC Form 161 (2/08)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| Steven Lynch<br>1000 N.E. Barnes Dr.<br>Lees Summit, MO 64086 | Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue<br>Kansas City, KS 66101 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2008-14119 | Lawrence S. Warren, Jr., Investigator | (913) 551-5758 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     8/25/09
Billie I. Ashton,                     *(Date Mailed)*
Area Office Director

Enclosures(s)

cc:    **Tedrick A. Housh III**
       **Lathrop & Gage Law Offices**
       **2345 Grand Blvd; Ste 2800**
       **Kansas City, MO 64108**

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 846-2008-14119 |

**Kansas Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Steven Lynch | (816) 525-9391 | 05-27-1958 |

Street Address: 1000 Ne Barnes Dr., Lees Summit, MO 64086

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KANSAS CITY TERMINAL RAILWAY | Unknown | (913) 551-2186 |

Street Address: 4501 Kansas Ave, Kansas City, KS 66106

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ OTHER (Specify below.)
**Perceived**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-30-2007   Latest: 11-30-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the above named employer from June 1978, until I was discharged on November 30, 2007. During my employment I worked as a Train Dispatcher.

I believe that I was discharged because of a perceived disability in that I was out on medical leave for three years because of the medication I was on. I am no longer on the medication and I can still perform the essential functions of the Train Dispatcher's position. I returned back to work on July 16, 2007, then discharged.

I believe that I have been discriminated against in violation of the Americans with Disabilities Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Jan 09, 2008    X [signature]
Date    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)