## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STEVE L. LYNCH,                                )
                                               )
      Plaintiff,                        )
                                               )
vs.                                            )     Case No.         09-CV-2595
                                               )
KANSAS CITY TERMINAL RAILWAY CO.,              )
                                               )
      Defendant.                        )
                                               )
                                               )

### STIPULATED DISMISSAL WITH PREJUDICE

COMES NOW *pro se* Plaintiff, Steve L. Lynch, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and dismisses his Complaint with prejudice, the parties to bear their own costs and expenses. Defendant Kansas City Terminal Railway Co., by and through its counsel listed below, stipulates to this dismissal with prejudice.

Respectfully submitted,

_Steve L. Lynch_          3-24-2011

Steve L. Lynch
1000 N.E. Barnes Drive
Lee's Summit, MO 64086
*Pro Se Plaintiff*

Tedrick A. Housh III (42189) (15414)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001
Attorney for Defendant Kansas City
Terminal Railway Co.